YEE & KAWASHIMA LLLP

JARED N. KAWASHIMA        6289
CHRISTIN D. WEHRSIG       10038
1000 Bishop Street, Suite 908
Honolulu, Hawaii  96813
Telephone:  (808) 524-4501
Facsimile:  (888) 524-0407
E-mail: jared@yklawhawaii.com
E-mail: christin@yklawhawaii.com

Attorneys for Plaintiffs
HAWAII ELECTRICIANS TRUST FUNDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII ELECTRICIANS ANNUITY FUND, by its Trustees, Ronald Yee, Robert Hanamoto, Jody Hanamoto, Tracy Hayashi, Damien T. K. Kim, Peter Akamu; HAWAII ELECTRICIANS HEALTH AND WELFARE FUND, by its Trustees, Ronald Yee, Jody Hanamoto, Rodney Chun, Tracy Hayashi, Peter Akamu, Damien T. K. Kim; HAWAII ELECTRICIANS PENSION FUND, by its Trustees, Ronald Yee, James Yamada, Jr., Jody Hanamoto, Tracy Hayashi, Peter Akamu, Damien T. K. Kim; HAWAII ELECTRICIANS TRAINING FUND, by its Trustees, Daryl Suehiro, Stephen Duarte, Phillip Lucero, Peter Akamu, Damien T. K. Kim, Tracy Hayashi; HAWAII ELECTRICIANS SUPPLEMENTARY UNEMPLOYMENT BENEFITS | CIVIL NO. 15-00019 JMS-KJM<br><br>STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF COMPLAINT FILED ON JANUARY 16, 2015 AND ORDER<br><br><br><br><br><br><br><br><br><br>(Caption continued on next page) |

| | |
|---|---|
| FUND, by its Trustees, Robert Hanamoto, Jody Hanamoto, Steve Watanabe, Peter Akamu, Damien T. K. Kim, Dennis Kaloi; HAWAII ELECTRICIANS VACATION AND HOLIDAY FUND, by its Trustees, Robert Hanamoto, Jody Hanamoto, Steve Watanabe, Damien T. K. Kim, Peter Akamu, Tracy Hayashi; HAWAII ELECTRICIANS PREPAID LEGAL FUND, by its Trustees, Jody Hanamoto, Steven Tanaka, Rodney Chun, Tracy Hayashi, Dennis Kaloi, Damien T. K. Kim; HAWAII ELECTRICIANS MARKET ENHANCEMENT PROGRAM FUND, by its Trustees, Daryl Suehiro, Stephen Duarte, Robert Hanamoto, Damien T. K. Kim, Robert Aquino, Brian Lee, <br><br>    Plaintiffs, <br><br> vs. <br><br>BIVENS ELECTRIC, INC. dba WEST COAST CONSTRUCTION, a Hawaii corporation; STEPHANIE F. BIVEN; RODNEY L. K. BIVEN, JR.; JAEKYUNG PARK; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE GOVERNMENTAL AGENCIES 1-10, DOE TRUSTS 1-10, <br><br>    Defendants. <br> _____ | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF COMPLAINT FILED ON JANUARY 16, 2015 AND ORDER

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismiss this action without prejudice, with each party to bear their own attorney's fees and costs.  All claims and parties are dismissed by this stipulation.

There are no remaining parties, claims, and/or issues.

All appearing parties have signed this stipulation.


DATED:  Honolulu, Hawaii, July 6, 2016.

                                     /s/ Christin D. Wehrsig
                                JARED N. KAWASHIMA
                                CHRISTIN D. WEHRSIG
                                Attorneys for Plaintiffs HAWAII
                                ELECTRICIANS TRUST FUNDS


DATED:  Honolulu, Hawaii, July 6, 2016.

                                     /s/ Christian D. Chambers
                                MICHAEL C. CARROLL
                                CHRISTIAN D. CHAMBERS
                                Attorneys for Defendants
                                BIVENS ELECTRIC, INC. dba WEST
                                COAST CONSTRUCTION, a Hawaii
                                corporation; STEPHANIE F. BIVEN, and
                                RODNEY L. K. BIVEN, JR.

APPROVED AND SO ORDERED.

DATED:  Honolulu, Hawaii, July 7, 2016.



   /s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

---

In the United States District Court For The District Of Hawaii; Civil No. 15-00019 JMS-KJM; HAWAII ELECTRICIANS ANNUITY FUND, by its Trustees, Ronald Yee, Robert Hanamoto, Jody Hanamoto, Tracy Hayashi, Damien T. K. Kim, Peter Akamu, et al., vs. Bivens Electric, Inc., a Hawaii corporation, et al.; STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF COMPLAINT FILED ON JANUARY 16, 2015 AND ORDER